UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

Zandro Ochoa

    vs.                                          Case No.:   1:23-cv-1572 (GTS/PJE)

Amina Ahmed, et al.

---

**ORDER**

The Court has been advised that on January 30, 2025 Defendant Amina Ahmed filed a Chapter 13 Bankruptcy under Docket Number 24-bk-35082. By the filing of the bankruptcy, an automatic stay in the above-entitled action is in place pursuant to 11 U.S. Code Section 362. In light of these circumstances, it appears at this time that there is no further reason to maintain this action on the open docket for statistical purposes.

**IT IS HEREBY ORDERED THAT** the Clerk of the Court is instructed to submit a JS-6 (using Statistical Code <u>18</u>) to the Administrative Office of the U.S. Courts.

The parties are advised that nothing contained in this order shall be considered a dismissal or disposition of the above entitled action, and should further proceedings in it become necessary or desirable, any party mat reopen the action by advising the Court in writing that the stay has been lifted.

Upon notification to reopen the action, the parties are directed to request a Rule 16 conference with the Court so that a new scheduling order can be issued.

The Clerk of the Court is directed to serve a copy of this order on all parties to the action.

**IT IS SO ORDERED.**

Dated: January 23, 2025
       Syracuse, New York

_____
Glenn T. Suddaby
U.S. District Judge